NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CELGARD, LLC,**
*Plaintiff-Appellee,*

v.

**LG CHEM, LTD. AND LG CHEM AMERICA, INC.,**
*Defendants-Appellants.*

---

2014-1675

---

Appeal from the United States District Court for the Western District of North Carolina in No. 3:14-cv-00043-MOC-DCK, Judge Max O. Cogburn, Jr.

---

**ON MOTION**

---

Before WALLACH, *Circuit Judge.*

**O R D E R**

Appellants move to expedite the briefing schedule and the oral argument. Appellee responds. Appellants reply, stating that they no longer seek to shorten Appellee's time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

    The motion is denied. Appellants may file their briefs early without leave of court, thereby self-expediting the appeal. Oral argument will be scheduled for the next available argument calendar after the reply brief is filed.

                                                                FOR THE COURT

                                                /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

s26